UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| BRYAN ROACH, | ) |
| Plaintiff, | ) |
| vs. | ) No.: |
| RIVER CITY SECURITY AND INVESTIGATIONS, LLC, | ) |
| Defendant. | ) |

## COMPLAINT

Pursuant to Section 216(b) of the Fair Labor Standards Act (FLSA), Plaintiff files this lawsuit against Defendant and alleges the following:

1. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

2. Defendant is a Tennessee limited liability company with its principal address at 8829 Snow Hill Road, Ooltewah, Tennessee, 37363. Its registered agent for service of process is Northwest Registered Agent Inc., 116 Agnes Road, Suite 200, Knoxville, Tennessee, 37919.

3. Defendant provides security services to clients in Tennessee and other states, including Georgia, Alabama, and Ohio.

4. Plaintiff has been employed by Defendant as a security guard from approximately December 5, 2022 through the present.

5. Defendant pays Plaintiff an hourly rate for his work.

6. During some workweeks, Plaintiff worked overtime hours of more than 40 per workweek.

7. Plaintiff worked some overtime hours for which he was not compensated at a rate of one and one-half times his regular rate of pay.

8. More specifically, Defendant paid Plaintiff his regular rate of pay, or "straight time," for some overtime hours worked.

9. When Plaintiff questioned his supervisor about why he was not being paid overtime wages for some overtime hours, his supervisor advised Plaintiff that he was not paid overtime wages for overtime hours he worked on "special events."

10. Defendant is an "employer" of Plaintiff as defined by Section 203(d) of the FLSA.

11. Plaintiff is an "employee" of Defendant as defined by Section 203(e)(1) of the FLSA.

12. Defendant is an enterprise engaged in commerce or in the production of goods for commerce as defined by Section 203(s)(1) of the FLSA. Defendant has annual gross volume of sales which exceed $500,000.00.

13. The minimum wage and overtime provisions of the FLSA set forth in Sections 206 and 207, respectively, apply to Defendant.

14. Pursuant to Section 207(a)(1) of the FLSA, Defendant is required to pay Plaintiff overtime pay at a rate of one and one-half times his regular rate of pay for all hours worked over 40 during a workweek.

15. Defendant's failure to pay Plaintiff overtime wages of one and one-half times his regular rate of pay for all overtime hours worked is a violation of Section 207(a)(1) of the FLSA.

16. Pursuant to Section 216(b) of the FLSA, Defendant is liable to Plaintiff for overtime back pay.

17. In addition to the amount of unpaid overtime wages owing to Plaintiff, Plaintiff is also entitled to recover an equal amount of liquidated damages pursuant to 29 U.S.C. § 216(b).

18. Plaintiff is entitled to an award of attorney's fees and costs pursuant to 29 U.S.C. § 216(b).

19. Defendant's violations of the FLSA are continuing.

### **Prayer for Relief**

WHEREFORE, Plaintiff prays for a judgment against Defendant for damages that include the following:

(a) overtime back pay;

(b) liquidated damages in an amount equal to his overtime back pay;

(c) interest;

(d) reasonable attorney's fees and costs; and

(e) all other general legal and equitable relief to which he may be entitled.

Respectfully submitted,

/s/ R. Scott Jackson, Jr.
R. Scott Jackson, Jr. (TN 013839)
4525 Harding Road, Suite 200
Nashville, TN 37205
(615) 313-8188
(615) 313-8702 (facsimile)
rsjackson@rsjacksonlaw.com

/s/ John McCown
John McCown, (GA 486002)
Warren & Griffin, P.C.
300 West Emery Street, Suite 108
Dalton, GA 30720
(706) 529-4878
(706) 529-3890 (facsimile)
john.mccown@warrenandgriffin.com

Attorneys for Plaintiff