UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| BRYAN ROACH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No: 1-23-cv-00107-DCLC-CHS |
| | ) |
| RIVER CITY SECURITY AND | ) |
| INVESTIGATIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

Pursuant to Section 216(b) of the Fair Labor Standards Act (FLSA), the parties respectfully move the Court for an order approving a settlement of Plaintiff's FLSA claims. As explained below, the proposed settlement includes payment of 100% of Plaintiff's alleged overtime back; liquidated damages in an amount equal to his alleged overtime back; and statutory attorney's fees and costs.

Plaintiff has been employed by Defendant as a security guard from approximately December 5, 2022 through the present. Defendant pays Plaintiff an hourly rate for his work. Plaintiff worked overtime hours for which he was paid his regular rate of pay, or "straight time," rather than an overtime rate of one and one-half times his regular rate. See, See, 29 U.S.C. § 207(a)(1). More specifically, Defendant initially failed to pay Plaintiff the additional half-time rate for 3.25 hours of overtime on a pay date of January 27, 2023, resulting in an underpayment of $25.58; for 7.00 hours of overtime on a pay date of April 7, 2023, resulting in an underpayment of $59.50; and for 5.25 hours of overtime on a pay date of April 21, 2023,

resulting in an underpayment of $44.63. The total amount of overtime initially owing to Plaintiff was $129.71. On May 5, 2023, Defendant directly paid Plaintiff overtime back pay totaling $104.13, leaving additional overtime owing in the amount of $25.58.

On May 25, 2023, Defendant served Plaintiff with an Offer of Judgment that included the remaining unpaid overtime of $25.58, plus liquidated damages in the amount of $129.71. See, Offer of Judgment (attached). The liquidated damages amount is equal to the total amount of overtime that Defendant failed to pay Plaintiff in a timely manner. The Offer of Judgment also included reasonable and necessary fees and costs as the prevailing party, in an amount to be determined by the Court. Id.; see, 29 U.S.C. § 216(b) (prevailing party in an FLSA lawsuit "shall" be awarded reasonable attorney's fees and costs). On June 7, 2023, Plaintiff accepted Defendant's Offer of Judgment. See, Plaintiff's Notice of Acceptance of Offer of Judgment (attached). In lieu of a motion for an award of attorney's fees, Defendant has now separately agreed to pay Plaintiff's statutory attorney's fees in the amount of $3,840.00 and costs in the amount of $402.00. The parties have not entered into a separate written settlement agreement, and the terms of this settlement are entirely set forth in the present motion.

Accordingly, Plaintiff will receive the full benefits to which he alleges he is entitled pursuant to the FLSA. Id. A district court may approve a settlement after determining that it is fair and reasonable. See, e.g., Lynn's Food Stores, Inc. v. United States, 679 F. 2d 1350, 1353-54 (11th Cir. 1982). Because Plaintiff will receive full benefits, there is no question that the settlement is fair and reasonable. See, e.g., Hanks v. Racetrack Petroleum, Inc., 2011 WL 4408242, at *2 (M.D. Fla. Sept. 9, 2011) ("Full recompense is *per se* fair and reasonable.").

For the foregoing reasons, the parties respectfully move the Court for an order approving the proposed settlement.

Respectfully submitted,

/s/ R. Scott Jackson, Jr.
R. Scott Jackson, Jr., (TN 013839)
4525 Harding Road, Suite 200
Nashville, TN 37205
(615) 313-8188
(615) 313-8702 (facsimile)
rsjackson@rsjacksonlaw.com

John McCown (GA 486002)
Warren & Griffin, P.C.
300 West Emery Street, Suite 108
Dalton, GA 30720
(706) 529-4878
(706) 529-3890 (facsimile)
john.mccown@warrenandgriffin.com

Attorneys for Plaintiff

/s/ Frank Pinchak (by RSJ w/permission)
Frank Pinchak (TN 02094)
Burnette, Dobson & Pinchak
711 Cherry Street
Chattanooga, TN 37402
(423) 266-3324
(423) 266-3324 (facsimile)
fpinchak@bdplaw.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2023, a true and correct copy of the foregoing was served via the Court's electronic filing system on Frank Pinchak, Burnette, Dobson & Pinchak, 711 Cherry Street, Chattanooga, TN 37402.

/s/ R. Scott Jackson, Jr.
R. Scott Jackson, Jr