| | | |
|---|---|---|
| BRYAN ROACH, | ) | |
| | ) | |
| Plaintiff, | ) | 1:23-CV-00107-DCLC-CHS |
| | ) | |
| v. | ) | |
| | ) | |
| RIVER CITY SECURITY AND | ) | |
| INVESTIGATIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

The parties have filed a Joint Motion for Approval of FLSA Settlement [Doc. 11], pursuant to § 216(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed settlement reached by the parties, as detailed in the motion.

The Court has reviewed the proposed settlement and finds that it is both fair and reasonable. *See Lynn's Food Stores, Inc., v. United States*, 679 F.2d 1350, 1353-54 (11th Cir. 1982) (district court may approve an FLSA settlement after determining that it is fair and reasonable); *Int'l Union, United Auto, Aerospace, and Agr. Implement Workers of Am. v. Gen. Motors Corp.*, 497 F.3d 615, 631 (6th Cir. 2007). After failing to pay overtime initially, Defendant paid $104.13 of the $129.71 allegedly due [Doc. 11, pg. 2]. The settlement, whose terms are contained in the Joint Motion and the contemporaneously filed Offer of Judgment, [Doc. 11-1], compensates Plaintiff for the remaining $25.58 allegedly owed, plus liquidated damages in the amount of $129.71, attorney fees in the amount of $3,840.00, and costs in the amount of $402.00 [*See* Doc. 11, pg. 2; Doc. 11-1].

Because the settlement fully compensates Plaintiff, the Court **GRANTS** the parties' Joint Motion for Approval of FLSA Settlement [Doc. 11] and **DIRECTS** Defendant to pay Plaintiff and

1

his counsel the amounts set forth in the Joint Motion.  The Court further **ORDERS** the parties to file a stipulation of dismissal within 30 days after satisfaction of the terms of the settlement in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii).  The telephonic scheduling conference currently set for Thursday, July 20, 2023 is **CANCELLED**.

     **SO ORDERED:**


     s/ Clifton L. Corker
     United States District Judge